

**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

**Derrick R. Freijomil**
Partner

Direct:
t: 973.451.8580
f: 973.451.8622
dfreijomil@riker.com
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

April 20, 2020

**VIA ECF**

Clerk of the Court
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: <u>Zelma v. SunPower, et al.,</u>
    **Docket No. 2:19-cv-20542**

Dear Sir/Madam:

This firm represents defendant SunPower Corporation ("SunPower") in the above-referenced litigation. Plaintiff filed a motion for reconsideration returnable May 4, 2020 which has not been previously extended or adjourned. Pursuant to Local Civil Rule 7.1(d)(5), the SunPower hereby requests the automatic extension of time in which it can file papers in opposition. Accordingly, the new return date for the aforementioned motion should be set for May 18, 2020, requiring all defendants to file their opposition papers on or before May 4, 2020.

Very truly yours,

s/Derrick R. Freijomil

Derrick R. Freijomil

cc: John D. Coyle, Esq. (via ECF)
    Richard M. Zelma (via ECF)

ORDERED
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 4/21/2020

5128652v1