RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Defendant,
SunPower Corporation

| | |
|---|---|
| RICHARD M. ZELMA, *pro se*<br><br>                                        Plaintiff,<br><br>vs.<br><br>SUNPOWER CORPORATION, GENRENEW, LLC; CHRISTOPHER S. SABIN SR., as Managing Member and, MICHAEL MULLEN as Managing Member and, TELEMARKETERS calling from Local Spoofed N.J. Numbers and Does (1-15) and ABC Corporations; each acting individually, in concert or as a group,<br><br>                                        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.  2:19-cv-20542<br><br>Hon. John Michael Vazquez, U.S.D.J.<br><br>Hon. James B. Clark, U.S.M.J.<br><br>**CONSENT ORDER DISMISSING THE ACTION WITH PREJUDICE** |

This matter having been opened to the Court upon the joint application of plaintiff Richard M. Zelma ("Plaintiff"), *pro se*, defendant SunPower Corporation ("SunPower"), by and through its counsel, Riker, Danzig, Scherer, Hyland & Perretti LLP, and defendants GenRenew, LLC, Christopher S. Sabin, Sr., and Michael Mullen (the "GenRenew Defendants" and, collectively with SunPower as "Defendants"), by and through their counsel, Bevan, Mosca & Giuditta, P.C., for an order dismissing this action with prejudice; and for good cause having been shown;

IT IS on this 27th day of May, 2020, **ORDERED THAT:**

{00094175.1}

1.    Plaintiff's Complaint in this action **BE AND HEREBY IS DISMISSED WITH PREJUDICE** as against Defendants and without costs to any party.

_Joe M Q Vazq_
Hon. John Michael Vazquez, U.S.D.J.

RICHARD M. ZELMA
Pro Se

_Richard M. Zelma_
Richard M. Zelma, *Pro Se*
MAY  15 , 2020

BEVAN, MOSCA & GIUDITTA, P.C.
Attorneys for the GenRenew Defendants

_John D. Coyle_
John D. Coyle, Esq.
May _____ 14 , 2020

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Attorneys for SunPower

_Derrick R. Frejomil_
Derrick R. Frejomil, Esq.
May _____ 14 , 2020

4809475 1